# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2011 OCT 20 P 1: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA,

CR 11 0778 RS

ANGELO MANUEL DELAROSA,

DEFENDANT(S).

---

## INDICTMENT

Title 18, United States Code, Section 115(a)(1)(B) and (b)(4) – Threatening a United States Official and Federal Law Enforcement Officer

---

A true bill.

_____ Foreman

Filed in open court this __20__ day of
_October, 2011_.

_____ Clerk

Bail, $ _No Bail warrant_

Timothy J. Bommer
United States Magistrate Judge

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. 115(a)(1)(B) and (b)(4) (Two Counts) Threatening a United States Official and Federal Law Enforcement Officer

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: (Counts 1 & 2: 10 years in prison; $250,000 fine; 3 years of supervised release; $100 special assessment.)

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ ANGELO MANUEL DELAROSA

**DISTRICT COURT NUMBER**
CR 11 0778 RS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction       ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   ☒ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year June 13, 2011

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Department of Homeland Security, SA Timothy Rivero

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Philip J. Kearney

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No bail.

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

California Department of Corrections

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: Defendant serving period of State incarceration based on parole revocation.

1  MELINDA HAAG (CABN 132612)
   United States Attorney

FILED
2011 OCT 20 P 1: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0778    RS

| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) VIOLATION: Title 18, United States Code, Section 115(a)(1)(B) and (b)(4) – Threatening a United States Official and Federal Law Enforcement Officer (Two Counts) |
| v. | ) |
| ANGELO MANUEL DELAROSA, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 115(a)(1)(B) and (b)(4)– Threatening a United States Official and Federal Law Enforcement Officer)

On or about the June 13, 2011, in the Northern District of California, the defendant,

ANGELO MANUEL DELAROSA,

knowingly threatened and assaulted L. N., a United States official, with the intent to impede, intimidate, interfere with, and retaliate against L. N., while L. N. was engaged in the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

INDICTMENT

1  COUNT TWO: (18 U.S.C. § 115(a)(1)(B) and (b)(4) – Threatening a United States Official and Federal Law Enforcement Officer)

2  On or about the June 13, 2011, in the Northern District of California, the defendant,

3  ANGELO MANUEL DELAROSA,

4  threatened and assaulted C. C., a Federal law enforcement officer, with the intent to impede,

5  intimidate, interfere with, and retaliate against C. C., while C. C. was engaged in the performance

6  of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

9  DATED: *Oct 20, 2011*

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: )
PHILIP J. KEARNEY
Assistant U.S. Attorney

INDICTMENT                                      2