1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,               )
                                             )   No.  CR 11-00778 RS-1
                         Plaintiff,          )
12                                           )   [PROPOSED] STIPULATED
                                             )   ORDER CONTINUING STATUS
13          v.                               )   HEARING
                                             )
     ANGELO DELAROSA,                        )
14                                           )
                         Defendant.          )
15   _____        )

16

17       The defendant Angelo Delarosa is before this Court on allegations of violations of

18   supervised release. The charges include allegations of new criminal conduct. Mr. Delarosa

19   also suffers from mental illness, and his counsel has asked for an opportunity to further

20   evaluate Mr. Delarosa's competency and seek medication for Mr. Delarosa while he is

21   incarcerated.

22       In this stipulated order counsel for Mr. Delarosa represents that he is unavailable for the

23   court appearance now scheduled for Tuesday, September 17, 2013 at 2:30 p.m. because of a

24   conflicting work obligation. Defense counsel asks that the matter be continued until Tuesday,

25   October 1, 2013 at 2:30 pm for further status. Counsel for the government has no objection to

26   this request. Because Mr. Delarosa is charged with allegations of violations of supervised

1   release, the Speedy Trial Act does not apply.

2       Therefore, for good cause shown the hearing now scheduled for Tuesday, September

3   17, 2013 is vacated. The matter shall be added to the Court's calendar on Tuesday, October

4   1, 2013 at 2:30 p.m. for status.

5

6   IT IS SO ORDERED.

7

8   9/13/13

9   DATED                               RICHARD SEEBORG
                                            United States District Court Judge

10

11   IT IS SO STIPULATED.

12

13   September 12, 2013

    DATED                               /s

14                                          MELINDA HAAG
                                         United States Attorney

15                                          Northern District of California
                                         PHILIP KEARNEY

16                                          Assistant United States Attorney

17

18   September 12, 2013

19   DATED                               /s
                                         STEVEN G. KALAR

20                                          Federal Public Defender
                                         Northern District of California

21

22

23

24

25

26